IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRISBIN SKILES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:12-cv-24-MEF |
| ) | |
| MICHAEL J. BELLAMY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On May 29, 2012, the Magistrate Judge filed a Recommendation (Doc. # 17) that this Court grant Defendant's Motion to Dismiss (Doc. # 9) and dismiss Plaintiff's Complaint (Doc. # 1) pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).  Plaintiff has filed a timely Objection to the Recommendation.  (Doc. # 18.)  Upon an independent review of the case file, including Plaintiff's Objection, it is ORDERED that:

(1)     Plaintiff's Objection (Doc. # 18) is OVERRULED;

(2)     The Magistrate Judge's Recommendation (Doc. # 17) is ADOPTED; and

(3)     Defendant's Motion to Dismiss (Doc. # 9) is GRANTED.

An appropriate judgment will be entered.

DONE this the 5th day of July, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE.